MAYDOLE TOOL CORPORATION, Appellant. (E) MORRIS NEWMARK, as Trustee, Appellant, v. NATIONAL BANK AND TRUST COMPANY OF NORWICH et al., Respondents, et al., Defendants. (F) RUTH H. PARISH, Appellant, v. PAUL H. KRUSHER et al., Respondents. (G) In the Matter of the Probate of the Will of HERBERT A. ALLEN, SR., Deceased. ALFRED J. JUKES, Respondent; WILLIAM E. ALLEN et al., Appellants. (H) In the Matter of the Final Accounting of KINGSTON TRUST COMPANY, as Surviving Trustee under the Will of ANNA F. CLEARWATER, Deceased. (I) MARILYN V. ROBINSON, as Administratrix, Respondent, v. CITY OF ALBANY et al., Appellants. (J) In the Matter of the Claim of HARRY BRENNER, Appellant, v. UTILITIES LAUNDRY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (K) JOHN A. HOYT, JR., Respondent, v. AARON GREEN et al., Appellants. (L) CLIFFORD DURHAM et al., Administrators, Respondents, v. LEO T. MELLY et al., Appellants. (M) EMELIA TRINIDAD, Appellant, v. ERCOLE GIGLIOTTI et al., Respondents. (N) In the Matter of the Claim of SAM AMENDOLIA, Respondent, v. HILLS BROTHERS COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (O) In the Matter of JOHN KLEIN. BENEDICT J. RANK, as Executor of GERTRUDE RANK, Deceased.— Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue on or before April 17, 1961 and are ready for argument at the term to commence May 15, 1961, in which event motions denied.

■ (A) In the Matter of the Claim of CATHERINE JADLOWSKI, Appellant, v. JOHN V. O'CONNELL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) SANTIAGO RADAMES, Respondent, v. WILLIAM RESTALL, Appellant. (C) SEYMOUR KANTROWITZ, Respondent, v. HARRY MASSON et al., Defendants, and HARRY MASSON, Appellant. (D) In the Matter of EUGENE H. McDONOUGH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) ALSTON D. WILES, Appellant, v. FLOWER CITY BUILDERS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of IRVING B. BLOCK, Respondent, v. NEPTUNE RAINCOAT COMPANY, INC., et al., Respondents, and HOME LIFE INSURANCE COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motions to dismiss appeals granted, by default, without costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARLUS BRADY VANCE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLARD JACKSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS CUOMO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (D) In the Matter of the Claim of MARY TANKSLEY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE SPRUILL, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD BURLEY, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLAUDE POOLE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. —Motion for reargument denied.

■ TROY OPERATING CO. INC., Respondent, v. STEPHEN P. VINCIGUERRA et al., Appellants.— Motion for reargument denied, without costs.